IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-534-CR


AND


NO. 3-94-535-CR





RANDY CHESTEEN,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NOS. 106,325 & 106,326, HONORABLE BOB PERKINS, JUDGE PRESIDING



 





PER CURIAM

 Randy Chesteen seeks to appeal from judgments of conviction for burglary of a
building and theft. In accord with a plea bargain agreement, the district court assessed
punishment at imprisonment for fifteen years in the burglary cause and at incarceration for one
year in the theft cause.

 The record reflects that appellant, with the assistance of counsel, waived the right
to appeal on the day judgment and sentence were imposed in open court. A defendant who
knowingly and intelligently waives his right to appeal may not thereafter appeal without the
consent of the trial court. Ex parte Dickey, 543 S.W.2d 99 (Tex. Crim. App. 1976). See also
Hurd v. State, 548 S.W.2d 388 (Tex. Crim. App. 1977); Reed v. State, 516 S.W.2d 680 (Tex.
Crim. App. 1974). There is nothing in the record to indicate that appellant sought or obtained
the permission of the trial court to pursue these appeals.

 The appeals are dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd;

 Chief Justice Carroll Not Participating

Appeals Dismissed

Filed: November 2, 1994

Do Not Publish